UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Nicole S. Narvaez         Case No.:      17-18223-SLM
                                  Chapter:       7
                                  Judge:         Stacey L. Meisel

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk United States Bankruptcy Court 50 Walnut Street Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>Stacey M. Meisel</u> on <u>November 21, 2017</u>, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>3A</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **Debtor was involved in an automobile accident on December 4, 2014. Based upon information obtained from Debtor's personal injury attorney, because of the Debtor's injuries sustained in prior and subsequent accidents, any recovery from the December 4, 2014 accident will not exceed Debtor's claimable exemption.** |
|---|

| Liens on property: |
|---|

| Amount of equity claimed as exempt: |
|---|

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:     29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18223-SLM
Nicole S Narvaez                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db          +Nicole S Narvaez,    1133 Earle Pl,    Plainfield, NJ 07062-1423
516782878   +BCA Financial Services Inc,    18001 Old Cutler Road,    suite 462,    Miami, FL 33157-6437
516782882   ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,    PHILLIPSBURG NJ 08865-2859
             (address filed with court:  Dental Health Associates,    2 Washington Ave.,
               Irvington, NJ 07111)
516782883   +Equifax,   POB 740241,    Atlanta, GA 30374-0241
516782884   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
516782887   +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
516782889   +Mathew J Marano Jr MD LLC,    200 SO Orange Ave,    Suite 209,    Livingston, NJ 07039-5817
516782890   +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
516782892   +Overlook Medical Center,    99 Beauvior AVenue,    Summit, NJ 07901-3595
516782895   +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516782898   +Verizon,    P.O Box 4833,    Trenton, NJ 08650-4833
516782899   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516782900   +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
516782897   +transunion,    POB 2000,    Crum Lynne, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2017 22:56:25     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2017 22:56:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 22:57:53
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516782880   +E-mail/Text: bankruptcy@certifiedcollection.com Oct 19 2017 22:56:13
               Certified credit and collection,    PO Box 336,    Raritan, NJ 08869-0336
516782881   +Fax: 602-659-2196 Oct 19 2017 23:13:18     Chex System,    7805 Hudson Road,    suite 100,
               Saint Paul, MN 55125-1703
516782885   +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 22:57:38     Ge Capital Retail Bank / Walmart,
               170 Election Road,    Suite 125,    Draper, UT 84020-6425
516782886    E-mail/Text: cio.bncmail@irs.gov Oct 19 2017 22:55:57     Internal Revenue Service,
               550 Main street,    suite 1000,    Cincinnati, OH 45999
516782888    E-mail/Text: camanagement@mtb.com Oct 19 2017 22:56:11     M & T Bank,    Po Box 844,
               Buffalo, NY 14240
516782891   +E-mail/Text: ebn@barnabashealth.org Oct 19 2017 22:56:45     Newark Beth Israel Medical Center,
               PO Box 29951,    New York, NY 10087-9951
516782894    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 23:17:02
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516782893   +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 22:57:59
               Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516782896   +E-mail/Text: clientservices@simonsagency.com Oct 19 2017 22:57:00     Simons Agency Inc,
               4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516783197   +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 22:57:53     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516782879     ##+CCI Contract Callers Inc,    P.O Box 212489,    Augusta, GA 30917-2489
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Oct 19, 2017
                               Form ID: pdf905              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michelle  Labayen    on behalf of Debtor Nicole S Narvaez njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```